IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2012 FEB 22 AM 11:53

CLERK
SO. DIST. OF GA.

MICHAEL D. MARLIN,

    Plaintiff,

vs.

K. LENNON; ANTHONY HAYNES; JUANITA GREEN; Dr. PETER LIBERO; and SCOTT SCHLEDER,

    Defendants.

CIVIL ACTION NO.: CV212-011

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael D. Marlin ("Plaintiff"), an inmate currently incarcerated at the Federal Correctional Institution in Jesup, Georgia ("FCI Jesup"), filed a cause of action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), contesting certain conditions of his confinement. By Order dated January 30, 2012, the undersigned informed Plaintiff that the claims he set forth in his Complaint appeared to be unrelated and instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wished to pursue in this action. Plaintiff filed a Response to the undersigned's January 30, 2012, Order, and that Response suffered from the same defects has his original Complaint. By Order dated February 10, 2012, the undersigned again instructed Plaintiff to advise the Court as to which claim or related claims against which

AO 72A
(Rev. 8/82)

Defendant(s) he wished to pursue in this action. Plaintiff has now filed his Response to the undersigned's February 10, 2012, Order.

Plaintiff has advised the Court that he wishes to pursue his claims pertaining to his assignment to a cell without handicapped access against Defendants Lennon, Green, Haynes, and Dr. Libero. The claims Plaintiff wishes to pursue are reiterated by Plaintiff in his Response to the undersigned's February 10, 2012, Order, (Doc. No. 14), and are addressed in an Order and Report and Recommendation of even date.

Based on Plaintiff's decision to pursue his claims pertaining to his assignment to a cell without handicapped access, Plaintiff's claims against Defendants Lennon, Haynes, and Dr. Libero that do not relate to the cell assignment should be **DISMISSED**, without prejudice. Additionally, Plaintiff's claims against Defendant Schleder should be **DISMISSED**, without prejudice.

**SO REPORTED** and **RECOMMENDED**, this 22nd day of February, 2012.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)