IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL D. MARLIN,

    Plaintiff,

vs.                                CIVIL ACTION NO.: CV212-011

KENDRICK LENNON; ANTHONY
HAYNES; JUANITA GREEN;
Dr. PETER LIBERO; and SCOTT
SCHLEDER,

    Defendants.

## ORDER

Plaintiff Michael D. Marlin ("Plaintiff") filed Objections to the Magistrate Judge's Report dated February 22, 2012, which recommended dismissal of certain claims set forth in Plaintiff's Complaint, brought pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

By Order dated January 30, 2012, the Magistrate Judge informed Plaintiff that the claims he set forth in his Complaint appeared to be unrelated and instructed Plaintiff to advise the Court as to which claim or related claims against which Defendant(s) he wished to pursue in this action. Following an attempt by Plaintiff to comply with the January 30, 2012, Order, the Magistrate Judge, in an Order dated February 10, 2012, again instructed Plaintiff to advise the Court as to which claim or related claims he

AO 72A
(Rev. 8/82)

wished to pursue. Plaintiff filed a Response to the Magistrate Judge's February 10, 2012, Order advising the Court that he wishes to pursue his claims pertaining to his alleged assignment to a cell without handicapped access against Defendants Lennon, Green, Haynes, and Dr. Libero. As a result, the Magistrate Judge issued a Report recommending dismissal of Plaintiff's claims against Defendants Lennon, Haynes, and Dr. Libero that do not relate to the cell assignment. Additionally, the relevant Report recommended dismissal of Plaintiff's claims against Defendant Schleder. In his Objections, Plaintiff states that he wishes to "clarify five separate issues." (Doc. No. 25, p. 1).

In paragraph one, Plaintiff states that "the main conspirator in violating Plaintiff's Eighth Amendment violations full name is Kendrick Lennon . . . please make all adjustments to the record(s)[.]" (Id. (ellipses in original)). Plaintiff's Complaint was not served on conspiracy grounds, and the Court will not do so at this time.[1] To the extent that Plaintiff is seeking to properly name Defendant Kendrick Lennon, who was previously named as K. Lennon, the Clerk of Court is directed to make the necessary changes upon the record and docket of this case.

In paragraphs two and three, Plaintiff provides a recitation of law regarding the standard for deliberate indifference. Additionally, in paragraph three Plaintiff avers that each Defendant violated his Eighth Amendment rights. Plaintiff's Complaint has already been served upon the remaining Defendants for alleged violation of Plaintiff's Eighth Amendment rights.

---

[1] Objections to a Magistrate Judge's Report are not the proper vehicle to amend a complaint. See FED. R. CIV. P. 15.

2

In paragraphs four and five, Plaintiff re-asserts claims he has already made against Defendants Dr. Libero and Haynes, respectively. Defendants Dr. Libero and Haynes have already been served for alleged violation of Plaintiff's Eighth Amendment rights.

Nothing in Plaintiff's Objections actually objects to the recommendations made by the Magistrate Judge in the Report dated February 22, 2012. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are without merit and are **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Plaintiff's claims against Defendants Lennon, Haynes, and Dr. Libero that do not relate to the cell assignment are **DISMISSED** without prejudice. Plaintiff's claims against Defendant Schleder are **DISMISSED** without prejudice.

**SO ORDERED**, this 27 day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

3